UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDALL A. MILLER,

    Plaintiff,

v.

RANDY COBB, U.S. MARSHALS SERVICE and DOUG MAIER,

    Defendants.

Case No. 18-cv-624-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Randall A. Miller's claims against the defendant U.S. Marshals Service are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Randall A. Miller's claims against defendants Randy Cobb and Doug Maier are dismissed without prejudice.

**DATED:** November 28, 2018

    **MARGARET M. ROBERTIE, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**